AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Futuristic Brands USA, Inc.   v.   Leading Brands, Inc. and Ralph McCrae

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10303 RWZ

TO: (Name and address of Defendant)

Leading Brands, Inc., 1500 West Georgia, Suite 1800, Vancouver, B.C.  V6G2Z6

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
7th Floor
Boston, Massachusetts 02114-1812

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          2-13-04

CLERK                                                 DATE

(By) DEPUTY CLERK

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __04/03/09__
   - at (place, street, number)
   - *à (localité, rue numéro)* __#1800- 1500 W. GEORGIA ST  VANCOUVER BC  CANADA__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [✓] (b) in accordance with the following particular method*:
          *b) selon la forme particuliére suivante:* __PERSONALLY SERVED MCRAE, RALPH DOUGLAS CHAIRMAN & CEO OF LEADING BRANDS__
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __CDVC. MALE / BROWN HAIR / GREEN EYES / 105 KG / 19PCM WEARING A BLACK JACKET AND BLACK SLACKS__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:* __//__

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

**ROBSON SQUARE PROVINCIAL COURT**
**Suite #100-800 Hornby Street**
**Vancouver, B.C.**
**V6Z 2C5**

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à* __VANCOUVER BC CANADA__, the __9th of March 2004__, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

__D/S #760__

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

**Robert S. Piwko**