AO 440 (Rev. 8/01) Summons in a Civil Action

SCANNED
DATE: 3-22-04
BY: CMG

# UNITED STATES DISTRICT COURT

District of Massachusetts

Futuristic Brands USA, Inc.    v.    Leading Brands, Inc. and Ralph McCrae

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 10303 RWZ

TO: (Name and address of Defendant)

Ralph McCrae, 1500 West Georgia, Suite 1800, Vancouver, B.C.   V6G2Z6

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evan Slavitt
Bodoff & Slavitt LLP
225 Friend Street
7th Floor
Boston, Massachusetts 02114-1812

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/13/04
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See attached Certificate of service in conformity with Article 6 of the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     *Date*                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* __MARCH 9/2004.__
    - at (place, street, number)
    - *à (localité, rue numéro)* __1800-1500 WEST GEORGIA STREET VANCOUVER BC__
    __V6G 2Z6 LEADING BRANDS.__   __CANADA__

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
        [✓] (b) in accordance with the following particular method*:
            b)  *selon la forme particulière suivante:* __PERSONALLY SERVED MCRAE, RALPH DOUGLAS__
            __CHAIRMAN & CEO of LEADING BRANDS.__
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* __CAUC. MALE/BROWN HAIR/GREEN EYES/105 KG/198CM__
    __WEARING A BLACK JACKET + BLACK SLACKS.__
    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

ROBSON SQUARE PROVINCIAL COURT
Suite #100-800 Hornby Street
Vancouver, B.C.
V6Z 2C5

Done at __VANCOUVER BC__, the __9TH OF MARCH 2004__
*Fait à*, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

D/S #801 [signature]

2  Tom KARABELAS.

* Delete if inappropriate.
  *Rayer les mentions inutiles.*