UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FUTURISTIC BRANDS USA, INC.,

    Plaintiff,

v.

LEADING BRANDS, INC., and RALPH MCRAE,

    Defendants.

Civil Action No. 04-CV-10303 RWZ

**MOTION OF DEFENDANTS TO DISMISS THE
COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Leading Brands, Inc. ("LBI") and Ralph McRae move to dismiss the Complaint of Futuristic Brands USA, Inc. for lack of personal jurisdiction. Neither LBI, a Canadian company, nor Mr. McRae, a Canadian national, have sufficient contacts with this forum to justify requiring them to defend against a lawsuit in this District.

In support of their Motion, LBI and Mr. McRae submit the accompanying Memorandum of Law and Declarations of Ralph McRae and Donna Higgins.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument may assist the Court in deciding this Motion, and wish to be heard in connection with this matter. Pursuant to Local Rule 7.1(d), Defendant therefore request oral argument.

Respectfully submitted,

LEADING BRANDS, INC., and
RALPH MCRAE

By their attorneys,

Paul F. Ware, Jr., P.C. (BBO No. 516240)
David J. Apfel (BBO No. 551139)
Christopher D. Moore (BBO No. 630651)
David Himelfarb (BBO No. 649596)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Tel: 617-570-1000
Fax 617-523-1231

April 28, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants have conferred with counsel for Plaintiff and have attempted in good faith to resolve or narrow the issues raised in this Motion.

David Himelfarb

## CERTIFICATE OF SERVICE

I, David Himelfarb, hereby certify that on this 28th day of April, 2004, I caused one true and accurate copy of Defendants' Motion to Dismiss For Lack of Personal Jurisdiction to be served by hand upon counsel of record for Plaintiff Futuristic Brands USA, Inc.

David Himelfarb