UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FUTURISTIC BRANDS USA, INC.,

    Plaintiff,

v.

LEADING BRANDS, INC., and RALPH MCRAE,

    Defendants.

Civil Action No. 04-CV-10303 RWZ

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendants Leading Brands, Inc. ("LBI") and Ralph McRae hereby disclose the following:

<u>Parent corporation of LBI</u>:  None.

<u>Publicly held companies owning 10% or more of LBI's stock</u>:  None.

Respectfully submitted,

LEADING BRANDS, INC., and
RALPH MCRAE

By their attorneys,

Paul F. Ware, Jr., P.C. (BBO No. 516240)
David J. Apfel (BBO No. 551139)
Christopher D. Moore (BBO No. 630651)
David Himelfarb (BBO No. 649596)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Tel: 617-570-1000
Fax 617-523-1231

April 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on April 28, 2004

-1-