**Bodoff & Slavitt LLP**
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

May 12, 2004

**BY UPS NEXT DAY AIR**

Lisa Urso
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 6110
Boston, MA 02210

Re:   Futuristic Brands USA, Inc. v. Leading Brands, Inc. and Ralph McRae
      Civil Action No. 04-CV-10303 RWZ

Dear Ms. Urso:

This office represents the plaintiff in the above matter. On or about April 28, 2004, the defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction. Defendants' counsel has agreed to extend until May 19, 2004 the time for us to respond to that Motion. Kindly refrain from bringing this matter to Judge Zobel's attention prior to May 20th.

Sincerely yours,

Joseph S.U. Bodoff

cc:   Paul F. Ware, Jr., Esq. (by fax)

{00007911.1}