
**Bodoff & Slavitt** LLP
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

May 19, 2004

**BY HAND DELIVERY**

Lisa Urso
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 6110
Boston, MA  02210

    Re:    Futuristic Brands USA, Inc. v. Leading Brands, Inc. and Ralph McRae
            Civil Action No. 04-CV-10303 RWZ

Dear Ms. Urso:

This office represents the plaintiff in the above matter, Futuristic Brands USA, Inc. Defendants have agreed to a further one-week extension, up to and including May 26, 2004, to respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Kindly refrain from bringing this matter to Judge Zobel's attention prior to May 26th.

Sincerely yours,

*Richard P. O'Neil*

Richard P. O'Neil


cc:    Michael A. Collora, Esq.
        Michael B. Galvin, Esq.

{00007980.1}