UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEADING BRANDS, INC., and )<br>RALPH McRAE, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-cv-10303RWZ |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACKOF PERSONAL JURISDICTION**

Plaintiff, Futuristic Brands USA, Inc. ("Futuristic") hereby opposes Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction. Defendants, Ralph McRae and Leading Brands, Inc. ("Leading Brands") have been intimately and directly involved in dealing with three businesses with offices in Massachusetts, including Futuristic. Indeed, Mr. McRae has personally come to Massachusetts in connection with those dealings. For its part, Leading Brands represented in filings with the Securities and Exchange Commission that it operates throughout the United States. Additionally, it has extensive contacts with Massachusetts through the actions of its wholly-owned subsidiary, Leading Brands of America, Inc., over which it has exercised pervasive control.

In further support of its opposition, Futuristic submits the accompanying Memorandum of Law, Affidavit of Thomas Lines and Affidavit of Evan Slavitt.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Futuristic requests oral argument on this matter.

FUTURISTIC BRANDS USA, INC.

By its attorneys,

*Richard P. O'Neil*

Evan Slavitt (466510)
Richard P. O'Neil (645214)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Date: May 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered a copy of the foregoing on the date set forth above to all counsel of record by first class mail.

*Richard P. O'Neil*