UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16 P 2:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

FUTURISTIC BRANDS USA, INC.,

Plaintiff,

v.

LEADING BRANDS, INC., and RALPH MCRAE

Defendants.

Civil Action No. 04-CV-10303-RWZ

### NOTICE OF APPEARANCE

Please enter our appearance for Defendants Leading Brands, Inc., and Ralph McRae, in the above-captioned matter. We are replacing counsel at Goodwin Procter, LLP as counsel for the defendants, whose Notice of Withdrawal is filed herewith. Please direct all further correspondence in this matter to:

> Michael A. Collora, Esq.
> Michael B. Galvin, Esq.
> Dwyer & Collora, LLP
> 600 Atlantic Avenue
> Boston, MA 02210
> (617) 371-1000 (Tel)
> (617) 371-1037 (Fax)
> mcollora@dwyercollora.com
> mgalvin@dwyercollora.com

Respectfully submitted,

LEADING BRANDS OF AMERICA, INC.

By its attorneys,

Michael A. Collora (BBO No. 092940)
Michael B. Galvin (BBO No. 630515)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Tel: 617-371-1000
Fax 617-371-1037

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on 6/16/04

Dated: June 16, 2004

-2-