UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LEADING BRANDS, INC., and RALPH MCRAE,<br><br>Defendants. | Civil Action No. 04-CV-10303 RWZ |

### ASSENTED-TO MOTION FOR WITHDRAWAL OF COUNSEL
### AND ACCOMPANYING MEMORANDUM IN SUPPORT

Pursuant to Local Rule 83.5.2(c), the undersigned hereby move, with plaintiff's assent, for leave to withdraw their appearance as counsel for defendants Leading Brands, Inc. and Ralph McRae. In support of this request, the undersigned state as follows:

(1) Defendants and the undersigned counsel have mutually agreed to end the current representation.

(2) This case has only just commenced. To date, the only substantive activity in the case has been the filing of a motion to dismiss for lack of personal jurisdiction on behalf of the defendants. Plaintiff's response, if any, to that motion has not yet been filed, and is not due until May 19, 2004. No hearing on the motion has been set.

(3) No discovery has taken place, no trial date has been set, no hearings or conferences (including the initial scheduling conference) have been scheduled, and no reports, oral or written, are due in the case.

(4) Concurrent with the filing of this motion, a Notice of Appearance is being filed on behalf of Michael A. Collora and the law firm Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston, Massachusetts 02210. Efforts are being made to ensure that the transition to Dwyer Collora, LLP, does not result in any delays or prejudice to any party.

(5) Counsel for plaintiff have assented to this request.

For the foregoing reasons, the undersigned respectfully request that the Court grant them leave to withdraw from this case.

Respectfully submitted,

Paul F. Ware, Jr., P.C. (BBO No. 516240)
David J. Apfel (BBO No. 551139)
Christopher D. Moore (BBO No. 630651)
David Himelfarb (BBO No. 649596)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109
Tel: 617-570-1000
Fax 617-523-1231

COUNSEL FOR DEFENDANTS
LEADING BRANDS, INC. AND
RALPH D. MCRAE

ASSENTED TO:

Evan Slavitt (BBO No. 466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
Tel.: 617-742-7300

COUNSEL FOR PLAINTIFF
FUTURISTIC BRANDS USA, INC.

May 12, 2004

-2-

-3-

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for defendants have conferred with counsel for plaintiff and have attempted in good faith to resolve or narrow the issues raised in this Motion. Plaintiff has assented to the relief requested herein.

_____
David Himelfarb

## CERTIFICATE OF SERVICE

I, David Himelfarb, hereby certify that on this 12th day of May, 2004, I caused one true and accurate copy of the Motion for Withdrawal of Counsel to be served by mail upon counsel of record for plaintiff Futuristic Brands USA, Inc.

_____
David Himelfarb

LIBA/1379363.1