UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., ZEMPER INTERNATIONAL SA,<br><br>Plaintiff,<br><br>v.<br><br>LEADING BRANDS, INC., and RALPH McRAE,<br><br>Defendants. | Civil Action No. 04-cv-10303RWZ |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

Plaintiffs Futuristic Brands USA, Inc. ("Futuristic"), New Sun Beverages Corporation (USA), Inc. ("New Sun"), and Zemper International SA ("Zemper") move a temporary restraining order or for a preliminary injunction to prevent any interference in the re-licensing of the Mad Croc, New Sun and Red Devil brands of energy drinks and to require Leading Brands, Inc. to comply or cause the compliance with the obligations upon termination of license agreements with Futuristic, New Sun and Zemper. In support of this motion, the moving parties submit an accompanying memorandum of law, supporting affidavits, and a proposed order.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Futuristic requests oral argument on this matter.

FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., and ZEMPER INTERNATIONAL SA

By its attorneys,

*Evan Slavitt*
Evan Slavitt (466510)
Richard P. O'Neil (645214)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Date: June 18, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered a copy of the foregoing on the date set forth above to all counsel of record by hand, courier, or first class mail.

*Evan Slavitt*

2