UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 18 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., ZEMPER INTERNATIONAL SA, <br><br>     Plaintiff, <br><br> v. <br><br> LEADING BRANDS, INC., and RALPH McRAE, <br><br>     Defendants. | Civil Action No. 04-cv-10303RWZ |

### AFFIDAVIT OF EVAN SLAVITT

I, Evan Slavitt, do hereby depose and say as follows:

1. My name is Evan Slavitt and I am an attorney admitted to practice in Massachusetts. I represent the plaintiffs in this action.

2. Attached hereto are the following true and accurate documents:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | License Agreement between Futuristic Brands USA, Inc. and Leading Brands of America (March 19, 2003) |
| B | License Agreement between Zemper International, Inc. and Leading Brands of America (March 19, 2003) |
| C | License Agreement between New Sun Beverages Company (USA), Inc. and Leading Brands of America (March 18, 2003) |
| D | Futuristic Termination Letter from Evan Slavitt to Robert W. Miller (November 14, 2003) |

{00008323.1}

| E | New Sun Termination Letter from Evan Slavitt to Robert W. Miller (December 18, 2003) |
| F | Zemper Termination Letter from Evan Slavitt to Robert W. Miller (March 23, 2004) |
| G | Leading Brands Response to Futuristic Termination Letter from Frederick S. Gold to Evan Slavitt (November 25, 2003) |
| H | Leading Brands Response to Zemper Termination Letter from Frederick S. Gold to Evan Slavitt (April 8, 2004) |
| I | Leading Brands Response to New Sun Termination Letter from Frederick S. Gold to Evan Slavitt (January 5, 2004) |
| J | Second Zemper Termination Letter from Evan Slavitt to Robert W. Miller (April 2, 2004) |
| K | Supplemental Leading Brands Response to Zemper Termination Letter |
| L | Leading Brands Letter to DIS, BV from Paul F. Ware to Howard A. Kroll (April 2, 2004) |
| M | Leading Brands Connecticut Complaint (October 9, 2003) |
| N | U.S. District Court Order – Connecticut (February 19, 2004) |
| O | Futuristic Termination Letter from Evan Slavitt to Leading Brands of America (June 11, 2004) |
| P | Zemper Termination Letter from Evan Slavitt to Leading Brands of America (June 11, 2004) |
| Q | New Sun Termination Letter from Evan Slavitt to Leading Brands of America (June 11, 2004) |
| R. | Email from T. Powers to A. Koivula (June 11, 2004) |

  3. Futuristic Brands USA, Inc. ("Futuristic") is a Delaware corporation with offices in New York and Massachusetts. Futuristic is, and was at all relevant times, the

exclusive licensee with the right to sublicense and distribute the Mad Croc ™ brand of energy drink.

4. Zemper International SA is a Bahamian corporation with its principal offices in Luxembourg, Europe. During the relevant period, Zemper was the exclusive licensee with the right to sublicense and distribute the Red Devil ™ brand of energy drink. Zemper has since sold those brand rights but has been informed that the purchaser is concerned about the efforts of Leading Brands and LBAI to interfere with those rights in North America.

5. New Sun Beverages Company (USA), Inc. ("New Sun") is a Delaware corporation with offices in New York and Massachusetts. New Sun is in the business of licensing health and energy drinks.

6. New Sun and Futuristic are in the process of re-licensing their owned and/or licensed brands in the United States and Canada.

7. I have attempted to get confirmation simply of the fact of the termination of the Zemper, New Sun, and Futuristic License Agreements, but have been turned down repeatedly by counsel to Leading Brands and LBAI. In fact, as recently as June 16, 2004, they have informed me that they continue to take the position that the license agreements are still in effect.

8. Leading Brands of America, Inc. ("LBAI") is no longer purchasing either Mad Croc or Red Devil, and has never purchased any New Sun product, and, at most, is only distributing a few residual cases of Red Devil from old inventory.

9. LBAI has closed its offices in Connecticut and it is unclear what assets, if any, it has left in the United States. It appears that all of its funds have been transferred to Canada.

FURTHER THE AFFIANT SAYETH NOT.

Signed under the pains and penalties of perjury this 18th day of June, 2004

*Evan Slavitt*
Evan Slavitt