UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 18 A 9:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., <br> NEW SUN BEVERAGES <br> CORPORATION (USA), INC., <br> ZEMPER INTERNATIONAL SA, <br><br> Plaintiff, <br><br> v. <br><br> LEADING BRANDS, INC., and <br> RALPH McRAE, <br><br> Defendants. | Civil Action No. 04-cv-10303RWZ |

## NOTICE OF FILING AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), please take notice that the plaintiffs hereby file an Amended Complaint in this action. Because no responsive pleading has been filed and this matter has not been placed on the trial calendar, this amendment is of right and no leave of court is required.

{00008320.1}

Respectfully submitted,

FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., and ZEMPER INTERNATIONAL SA

By its attorneys,

*Evan Slavitt*
Evan Slavitt (466510)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA  02114
(617)742-7300

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered a copy of the foregoing on the date set forth above to all counsel of record by hand, courier, or first class mail.

*Evan Slavitt*