UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FUTURISTIC BRANDS USA, INC.,
NEW SUN BEVERAGES
CORPORATION (USA), INC.,
ZEMPER INTERNATIONAL SA**

      Plaintiffs,

  v.

**LEADING BRANDS, INC., and RALPH MCRAE**

      Defendants.

Civil Action No. 04-CV-10303-RWZ

**JOINT STATEMENT CONCERNING PROPOSED
PRETRIAL SCHEDULE PURSUANT TO LOCAL RULE 16.1(D)**

The parties hereby submit this Joint Statement pursuant to Local Rule 16.1(D). An initial scheduling conference is scheduled to take place in this case on July 1, 2004. In accordance with Local Rule 16.1(B), the parties' counsel discussed the agenda for the July 1, 2004 scheduling conference and a pretrial schedule for the case, including a proposed pretrial schedule for the case including a discovery plan, and consenting to trial by a magistrate judge.

**I.     JOINT DISCOVERY PLAN**

A proposed discovery schedule is attached at Tab A.  This schedule may reflect discovery that might be more comprehensive that what is strictly relevant to a claim or defense in this particular action.  The parties propose such a schedule because there are several other lawsuits and an arbitration proceedings pending between the plaintiffs, their

officers and others and the defendants and Leading Brands, Inc.'s subsidiary, Leading Brands of America, Inc. The other cases include:

1. *Futuristic Brands USA, Inc, et al. v. Leading Brands of America, Inc.*, Case No. 50 T 133 0019304 (Am. Arb. Ass'n);

2. *Futuristic Brands, USA, Inc. v. Leading Brands of America, Inc.*, Case No. 04-1753-BLS2 (Mass. Super.) (Botsford, J.);

3. *Leading Brands, Inc., et al. v. Thomas Lines,, et al.*, No. S042259 (Vancouver, British Columbia, Canada);

4. *Leading Brands of America, Inc. v. Robert W. Miller*, No. 3:03 cv 1971 (MRK) (D. Conn.); and

5. *DIS, bv v. Leading Brands of America, Inc., et al.*, No. 204CV130 (E.D. Va.).

Counsel for the Defendants also believe that *Progressive Sales & Marketing, Inc., et al. v. Leading Brands of America, Inc., et al.,* No. 304 cv 791 (WWE) (D. Conn.), where LBAI's former broker and one of its former employees, Milissa Boisseau, has sued LBAI to recover commissions allegedly owed on sales under the license agreements at issue, is sufficiently related that it warrants taking additional joint discovery. However, counsel for the Plaintiffs, who also represents Progressive and Boisseau in that case, objects to listing that case with the others listed above because Boisseau does not believe her case is related to the others.

In the interests of efficiency and economy, the parties to this action are proposing a single plan and schedule of discovery in as many of these actions as possible.

II.     **PRETRIAL SCHEDULE**

Following discussions, the parties reached an agreed pretrial schedule, which is attached at Tab B.

### III. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial by a Magistrate Judge at this time.

### IV. CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The parties shall file their certifications pursuant to Local Rule 16.1(D)(3) with the clerk at the July 1, 2004 scheduling conference.

| | |
|---|---|
| LEADING BRANDS, INC. and RALPH MCRAE | FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., and ZEMPER INTERNATIONAL SA |
| By their attorneys, | By their attorneys, |
| /s/ Michael A. Collora_____ | /s/ Evan Slavitt_____ |
| Michael A. Collora (BBO No. 092940) | Evan Slavitt (BBO No. 466510) |
| Michael B. Galvin (BBO No. 630515) | Richard P. O'Neil (BBO No. 645214) |
| Dwyer & Collora | Bodoff & Slavitt LLP |
| 600 Atlantic Avenue | 225 Friend Street |
| Boston, MA 02210-2211 | Boston, MA  02114 |
| (617) 371-1000 | (617) 742-7300 |

DATED:  June 25, 2004

3