## LEADING BRANDS/FUTURISTIC
## DISCOVERY SCHEDULE[*]

| EVENT | ENTITY RESPONDING | DATE | LOCATION |
|---|---|---|---|
| Document Response | LBAI | 6/18/04 | |
| Document Response | Futuristics, *et al.* | 7/6/04 | |
| Document Production | LBAI Futuristics, *et al.* | 7/9/04 (simultaneous disclosure) | |
| Third Party Document Subpoenas | Send out to: Ma Logistics, V. Alexander, Sea Bev., Crown Cork & Seal, Nations Bev., Progressive, 7-Eleven, Mitsui, McLane | 7/7/04 (returnable 7/21) All documents received to be exchanged. | |
| Deposition | Thomas Lines, *et. al.* | 7/20-21/04 | Dwyer & Collora (2 days) |
| Deposition | Ralph McRae | (2 days) | Bodoff & Slavitt |
| Deposition | Troy Figgins | 7/22/04 | Dwyer & Collora |
| Deposition | Pat Wilson | | Bodoff & Slavitt |
| Deposition | Robert Miller | (2 days) | Shipman Firm, CT (to be combined with Miller's case) |
| Deposition | Tanya Ruecker | | Shipman Firm, CT (to follow Miller) |
| Deposition | DIS by (Marco Geurten) | | McGuire Woods, VA (also taken as part of VA case) |
| Deposition | Progressive Sales & Mgt (by W. Stone) | | McGuire & Woods |
| Deposition | Sandi Kackley | | McGuire Woods (after Stone) |
| Deposition | Sea Bev. | | Jacksonville, FL |
| Deposition | M. Boisseau | | CT (to be combined with her state case) |

| Depositions to authenticate or explain documents (if necessary) | Nations Bev. (Figgins/Martinez), MA Logistics, Mitsui Bussan (Gross, *et al.*), V. Alexander (Goss), McLane, 7-Eleven | | Various places |
|---|---|---|---|
| Deposition | Debbie Wildrik | | TX (2 days) |
| Deposition | Wildrik Assistant | | TX (2 days) |
| Deposition | Michael Graham | | Shipman Firm, CT |
| Deposition | Tim Larsen | | |
| Deposition | George Seibel | | Cortland, NY |
| Deposition | Peter Holdsworth | | |
| Potential other witnesses to be scheduled later:<br><br>Corey Blick<br>Howard Wishner<br>Martin Zirofsky<br>Ari Koivula<br>Most Knowledge/Wild Flavors (Bloom)<br>Art Greenwald<br>Wes Brashere | | | Various places |

---

* To apply to all cases in which LBI/LBAI is a party with defendants Lines affiliated companies. This list may be supplemented as discovery ensues.