# LEADING BRANDS/FUTURISTIC
## PRETRIAL SCHEDULE

| DATE | EVENT |
|---|---|
| 7/16/04 | Initial Pretrial Disclosures – Fed. R. Civ. P. 26(a)(1) |
| 10/31/04 | Fact Discovery Completed |
| 11/24/04 | Dispositive Motions Filed |
| 12/17/04 | Responses to Dispositive Motions |
| 1/17/05 | Expert Witness Reports Exchanged |