UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., ZEMPER INTERNATIONAL SA<br><br>       Plaintiffs,<br><br>       v.<br><br>LEADING BRANDS, INC., and RALPH MCRAE<br><br>       Defendants. | Civil Action No. 04-CV-10303-RWZ |

## **CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), Defendant Leading Brands, Inc., Ralph McRae, and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. At the current time, it is defendants' desire to proceed with a jury trial.

Respectfully submitted,

LEADING BRANDS OF AMERICA, INC.
RALPH D. MCRAE

By its attorneys,

_____
Michael A. Collora (BBO No. 092940)
Michael B. Galvin (BBO No. 630515)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts  02210-2211
Tel: 617-371-1000
Fax 617-371-1037

Dated:  July 1, 2004

## CERTIFICATE OF SERVICE

I, Michael A. Collora, hereby certify that on this 1st day of July, 2004, I served a copy by hand delivery of the foregoing document upon Evan Slavitt, Bodoff & Slavitt, LLP, 225 Friend Street, Boston, MA  02114-1812.

_____
Michael A. Collora