UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., ZEMPER INTERNATIONAL SA<br><br>Plaintiffs,<br><br>v.<br><br>LEADING BRANDS, INC., and RALPH MCRAE<br><br>Defendants. | Civil Action No. 04-CV-10303-RWZ |

**AFFIDAVIT OF TIMOTHY E. POWERS**

I, Timothy E. Powers, hereby state as follows:

1.  My name is Timothy E. Powers. I am a United States citizen over the age of 21, and a partner in the law firm of Haynes and Boone, LLP, in Dallas, Texas. Haynes and Boone serves as counsel to Leading Brands of America, Inc. ("LBAI").

2.  On June 3, 2004, I was asked by LBAI to return a call made by Mr. Ari Koivula to Ralph D. McRae, the Chairman of the parent company to LBAI, Leading Brands, Inc. In such telephone conversation, Mr. Koivula advised me that in March 2004 he had acquired all of the legal rights to the proprietary formula (he called the recipe) and trademarks for the energy drink known as Red Devil from Zemper International, SA ("Zemper"). He further advised that the purpose of his call to Mr. McRae was to determine if LBAI would be interested in distributing Red Devil in the United States.

3.  During our June 3, 2004, telephone conversation, I advised Mr. Koivula that I was very surprised to hear that he had acquired the legal rights to Red Devil, in light of the fact

## Powers, Timothy E.

**From:** Powers, Timothy E.
**Sent:** Friday, June 11, 2004 3:23 PM
**To:** 'akoivula@pt.lu'
**Subject:** Leading Brands/Red Devil

Mr. Koivula:

Thank you for taking the time to speak with me regarding the distribution of Red Devil in the U.S. You mentioned in our conversation that you acquired the trade dress and formula rights to Red Devil from Mr. Lines in March 2004. What you may not be aware of is that Mr. Lines and Zemper filed an arbitration claim in April 2004 against Leading Brands in Boston, claiming to be the owner of Red Devil and all the rights related to it. We have also noticed that the Red Devil website lists many U.S. distributors, as per this web link:
http://www.reddevilusa.com/distributors.asp

In light of the foregoing, can you provide us some evidence of your ownership rights to the Red Devil trade dress and recipe? Perhaps if you could fax me a signed copy of your purchase agreement with Zemper and Mr. Lines that proves you have the rights to the drink, Leading Brands may be in a better position to discuss matters with you.

Thank you for your support and cooperation. Please fax the relevant documents and information to me at the fax number below.

Tim Powers

Timothy E. Powers
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202
Tel: 214.651.5610
Fax: 214.200.0610
Mobile: 214.676.2909
e-mail: timothy.powers@haynesboone.com
web site: www.haynesboone.com

7/1/2004

that LBAI currently held the license rights in the United States for Red Devil, and that the status of those rights were the subject of an arbitration proceeding commenced by Zemper in April 2004, a date which is after the date that Mr. Koivula claims to have acquired the rights to Red Devil. Mr. Koivula then advised that the status of the arbitration dispute was of no concern to him, that he was only interested in distributing Red Devil in the United States, and he again inquired as to whether LBAI would be interested in being the distributor for Red Devil in the United States.

4. After discussing the foregoing claims made by Mr. Koivula with LBAI, on June 8, 2004, I again called Mr. Koivula to advise him that the position of LBAI was that it was the exclusive licensee of the rights to Red Devil in the United States, pursuant to a License Agreement dated March 19, 2003, between LBAI and Zemper (the "License Agreement"), and I further advised Mr. Koivula that, if it was his intent to license or market Red Devil in the United States, LBAI would pursue the legal remedies available to it in order to defend its license rights.

5. On June 11, 2004, in a good faith attempt to determine Mr. Koivula's legal rights to the proprietary formula and trademarks for Red Devil, I sent an e-mail to Mr. Koivula, a copy of which is attached hereto as Exhibit "A", requesting that he provide me with documentation concerning his claimed rights to Red Devil. To date, Mr. Koivula has not responded to my e-mail message.

6. Not until the date of the filing of the Motion for Temporary Restraining Order on June 18, 2004, was I aware that a notice of termination without cause letter had been sent to LBAI by Zemper with respect to the License Agreement.

SIGNED UNDER THE PENALTIES OF PERJURY, this 1st day of July, 2004

_____
Timothy E. Powers

d-1257031.1

2