UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUTURISTIC BRANDS USA, INC., NEW SUN BEVERAGES CORPORATION (USA), INC., ZEMPER INTERNATIONAL SA, <br><br> Plaintiff, <br><br> v. <br><br> LEADING BRANDS, INC., and RALPH McRAE, <br><br> Defendants. | Civil Action No. 04-cv-10303RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate and agree that the matter be dismissed with prejudice, each party to bear its own costs.

FUTURISTIC BRANDS USA, INC.,
NEW SUN BEVERAGES
CORPORATION (USA), INC., and
ZEMPER INTERNATIONAL SA

By their attorneys,

*Richard P. O'Neil*
Evan Slavitt (466510)
Richard P. O'Neil (645214)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617)742-7300

LEADING BRANDS OF AMERICA, INC.

By its attorneys,

*Michael B. Galvin/loc*
Michael A. Collora (092940)
Michael B. Galvin (630515)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000

Dated: July 22, 2004

{00008696.1}